
Case 2:22-mj-00495-MAT   Document 7   Filed 10/18/22   Page 1 of 3


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ22-495 |
| Plaintiff, | DNM No. CR11-1394 JB |
| v. | |
| | DETENTION ORDER |
| ADRIAN ARMENDARIZ-CASTRO | |
| Defendant. | |

Offense charged:    Supervised Release Violation

Date of Detention Hearing:    October 18, 2022

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is charged in the District of New Mexico with violation of the

DETENTION ORDER
PAGE -1

conditions of supervised release. He was arrested in this District, where counsel was appointed and the alleged violations were reviewed. Defendant waived his right to an identity hearing under Rule 5, and an Order of Transfer has been signed. Defendant was not interviewed by Pretrial Services and did not request release at the time of his initial hearing.

2. Defendant poses a risk of nonappearance based on lack of verified background information, multiple alias identifiers, noncompliance with supervision, absconding from supervision, and an outstanding warrant of removal. Defendant poses a risk of danger based on a pattern of similar criminal activity and unknown background information.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending transfer to the charging district, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

01       DATED this 18th day of October, 2022.

02

03                                              Mary Alice Theiler
04                                              United States Magistrate Judge

DETENTION ORDER
PAGE -3